UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOMINICK A. GRAVES,

                Plaintiff,

vs.

CARRIAGE PARK VILLAS, *et al.*,

                Defendants.

Case No. 2:11-cv-00242-JCM-PAL

**ORDER**

      This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered February 14, 2011, regarding removal of this case to federal district court. On February 16, 2011, Defendant Carriage Park Villas filed a signed Statement (Dkt. #4) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

      **IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., April 7, 2011,** which must:

      1.    Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

      2.    Include a statement by counsel of action required to be taken by this court.

      3.    Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 25th day of March, 2011.

                                                    _____
                                                    Peggy A. Leen
                                                    United States Magistrate Judge