UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMINICK A. GRAVES, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-0242 JCM (PAL) |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CARRIAGE PARK VILLAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Presently before the court is defendant Carriage Park Villa's motion to dismiss plaintiff's complaint. (Doc. #10). Defendant Adobe Villas filed a joinder to the motion to dismiss. (Doc. #14). To date, no response has been filed by the plaintiff, and on March 7, 2011, the court received a notice that mail to the plaintiff had been returned as undeliverable. (Doc. #9).

Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*,

46 F.3d 52, 53 (9th Cir. 1995).

In light of the plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the court finds dismissal appropriate. Furthermore, plaintiff has failed to abide by his duty to update the court as to any changes in address. *See* LSR 2-2 ("The plaintiff shall immediately file with the court written notification of any change of address.").

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants's motion to dismiss (doc. #10) is GRANTED. The case is hereby dismissed as to defendants Carriage Park Villas and Adobe Villas.

DATED this 12th day of April, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE